IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTINE S. ROBINSON | : | CIVIL ACTION |
| | : | |
| v. | : | No. 14-4961 |
| | : | |
| CAROLYN W. COLVIN, | : | |
| *Acting Commissioner of the Social* | : | |
| *Security Administration* | : | |

**ORDER**

AND NOW, this 15th day of June, 2016, upon consideration of Plaintiff Christine S. Robinson's Brief and Statement of Issues in Support of Request for Review, the Commissioner's response thereto, and Robinson's reply, and after careful review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin, to which no objections have been filed,[1] it is ORDERED:

1. This case is REMOVED from suspense;

2. The Report and Recommendation (Document 14) is APPROVED and ADOPTED;

3. Robinson's Request for Review (Document 8) is GRANTED in part;

4. This matter is REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation.

BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, J.

---

[1] The Report and Recommendation was sent to all parties of record on May 27, 2016. Pursuant to Local Civil Rule 72.1 IV(b), a party may object to a magistrate judge's report "within fourteen (14) days after being served with a copy thereof." As of today's date, no objections have been filed.